IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Crystal Financial LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Bernardi, *et al.*, )<br>)<br>Defendants. ) | C.A. No.: 20-cv-822-LPS |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, by way of order dated June 16, 2020, the United States District Court for the Eastern District of Virginia transferred civil action number 1:19-cv-01506 to this Court for referral to the Bankruptcy Court pursuant to 28 U.S.C. § 1412;

WHEREAS, on June 17, 2020, this Court issued a notice of transfer of civil action number 1:19-cv-01506 to this Court;

WHEREAS, upon transfer to this Court, civil action number 1:19-cv-01506 from the Eastern District of Virginia was designated civil action number 20-cv-822-LPS in this Court;

WHEREAS, this action is related to the action styled *Magladery v. Bernardi*, Adv. Pro. No. 20-50807 (KBO) which, having previously been transferred from the United States District Court for the Eastern District of Virginia to this court, is currently pending before The Honorable Karen B. Owens in the United States Bankruptcy Court for the District of Delaware; and

WHEREAS, Defendant Nihat Cardak and Plaintiff Crystal Financial, LLC to the above-captioned action have conferred and are in agreement regarding transfer of the action against Defendant Cardak to the Bankruptcy Court;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the Parties hereto, through their undersigned counsel, subject to the approval of the Court, as follows:

1. The above captioned action against Defendant Cardak is hereby transferred to the United States Bankruptcy Court for the District of Delaware;

2. The Clerk of this Court is hereby directed to transfer the above referenced action against Defendant Cardak to the Clerk of the United States Bankruptcy Court for the District of Delaware;

3. Upon transfer of this action, counsel for the parties identified above shall promptly enter their appearance for their respective clients in the United States Bankruptcy Court for the District of Delaware.

/s/ *Joseph C. Barsalona, II*
Derek C. Abbott (No. 3376)
Joseph C. Barsalona II (No. 6102)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

*Attorneys for Plaintiff*

/s/ *Samuel L. Moultrie*
Samuel L. Moultrie (No. 5979)
Greenberg Traurig, LLP
1007 N. Orange Street, Suite 1200
Wilmington, Delaware 19801

*Attorneys for Nihat Cardak*

**IT IS HEREBY ORDERED** the above stipulation and [proposed] order is granted.

Dated: September 18, 2020

_____
The Honorable Leonard P. Stark
United States District Court Judge